1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

RODNEY JAMES HARRIS,

Case No. C11-5115 BHS/JRC

11

Petitioner,

12

v.

ORDER DIRECTING SERVICE AND
RETURN, § 2254 PETITION

13

SCOTT FRAKES,

14

Respondent.

15

16    (l)    The clerk shall arrange for service by certified mail upon respondent and the

17    Attorney General for the State of Washington, copies of the petition, all documents in support

18    thereof.  All costs of service shall be advanced by the United States.  The Clerk shall assemble

19    the necessary documents to effect service.  In addition, the Clerk shall send petitioner a copy of

20    this Order, along with a copy of the Court's General Order regarding pro se litigation.

21    (2)    Within forty-five (45) days after such service, respondent(s) shall file and serve

22    an answer in accordance with Rule 5 of the Rules Governing § 2254 Cases in United States

23    District Courts.  As part of such answer, respondent(s) should state whether petitioner has

24    exhausted available state remedies, whether an evidentiary hearing is necessary, and whether

25    there is any issue of abuse or delay under Rule 9.  Respondent shall not file a dispositive motion

26    in place of an answer without first showing cause as to why an answer is inadequate.

ORDER - 1

1  Respondent(s) shall file the answer with the Clerk of the Court and serve a copy of the answer

2  upon petitioner.

3      (3)    The answer will be treated in accordance with Local Rule CR 7.  Accordingly,

4  upon receipt of the answer the Clerk will note the matter for consideration on the fourth Friday

5  after the answer is filed, petitioner may file and serve a response not later than on the Monday

6  immediately preceding the Friday appointed for consideration of the matter, and respondent my

7  file and serve a reply brief not later than on the Thursday immediately preceding the Friday

8  designated for consideration of the matter.

9      DATED this 14th day of February, 2011.

10

11

12  _____

13  J. Richard Creatura
    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2