UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RODNEY JAMES HARRIS,

    Petitioner,

v.

SCOTT RAKES,

    Respondent.

Case No. C11-5115BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 14).

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    A Certificate of Appealability is **DENIED**;

(3)    The petition is **DENIED;** and

(4)    This action is **DISMISSED**.

DATED this 15th day of June, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER