# United States District Court

WESTERN DISTRICT OF WASHINGTON

RODNEY JAMES HARRIS

JUDGMENT IN A CIVIL CASE

v.

SCOTT FRAKES

CASE NUMBER: C11-5115BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED**;

A Certificate of Appealability is **DENIED**;

The petition is **DENIED**; and

This action is **DISMISSED**.

| | |
|---|---|
|   June 16, 2011   |            WILLIAM M. McCOOL     |
| Date | Clerk |
| | |
| |            *s/CM Gonzalez*       |
| | Deputy Clerk |